AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

Level One Marketing, Inc.,

                    Plaintiff (s),

V.

Chobani, Inc. and Does 1 - 50,

                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C:14-CV-01241-EDL

Notice is hereby given that, subject to approval by the court, Plaintiff Level One Marketing, Inc. substitutes
(Party (s) Name)

Richard L. Seabolt and Robert C. Hendrickson , State Bar No. 67469 / 88624 as counsel of record in
(Name of New Attorney)

place of Ari J. Lauer, Law Offices of Ari J. Lauer.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        Duane Morris LLP

    Address:           One Market Plaza, Spear Tower, Suite 2200, San Francisco, CA 94105

    Telephone:       415-957-3000        Facsimile 415-957-3001

    E-Mail (Optional):  RLSeabolt@DuaneMorris.com / RCHendrickson@DuaneMorris.com

I consent to the above substitution.

Date:    April 14, 2014

                                      Level One Marketing, Inc.
                                      Jonathan Smith
                                      (Signature of Party (s))

I consent to being substituted.

Date:    April 14, 2014

                                      (Signature of Former Attorney (s))
                                  Ari J. Lauer, Law Offices of Ari Lauer

I consent to the above substitution.
Date:    April 14, 2014

                                      (Signature of New Attorney)
                                      Robert C. Hendrickson
                                      Duane Morris LLP

The substitution of attorney is hereby approved and so ORDERED.

Date:    April 16, 2014

                                      Elizabeth D. Laporte
                                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com