Richard L. Seabolt (SBN 67469)
Robert C. Hendrickson (SBN 88624)
Suzanne R. Fogarty (SBN 154319)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-mail:  RLSeabolt@DuaneMorris.com
         RCHendrickson@DuaneMorris.com
         SRFogarty@DuaneMorris.com

Attorneys for Plaintiff,
Level One Marketing, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVEL ONE MARKETING INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>CHOBANI, INC., a New York corporation and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.: 3:14-CV-01241-EDL<br><br>**NOTICE OF SETTLEMENT AND [PROPOSED] ORDER SUSPENDING SCHEDULING DEADLINES**<br><br>Hon. Elizabeth D. Laporte<br>Complaint Filed:  February 11, 2014 |

Consistent with the May 22, 2014 Order Granting Stipulation of the Parties re Case Schedule and Deadlines (Dkt. 26), the parties appeared at a mediation session before JAMS mediator Hon. Edward A. Infante (Ret.) on Friday, July 25, 2014.  At the end of the mediation session, the parties executed an agreement to settle this matter.  Under the terms of the settlement, the settlement will be concluded by August 25, 2014.  The parties expect that a dismissal with prejudice will be filed no later than the end of August 2014.

//

//

The parties jointly request that all further scheduling deadlines be suspended pending the completion of the settlement and the dismissal with prejudice.

Dated: July 28, 2014                                DUANE MORRIS LLP


By:  /s/ *Richard L. Seabolt*
        RICHARD L. SEABOLT
Attorneys for Plaintiff
LEVEL ONE MARKETING, INC.


Dated: July 28, 2014                                MAYER BROWN LLP


By:  /s/ *Michael L. Resch*
        MICHAEL L. RESCH
Attorneys for Defendants
CHOBANI, INC. and CHOBANI, LLC


**IT IS ORDERED THAT** all further scheduling deadlines in this matter are suspended until August 31, 2014 to allow the parties to conclude their settlement and to file a dismissal with prejudice of this action.

Dated: July 29, 2014                         _____
                                                          The Honorable Elizabeth D. Laporte

## SIGNATURE CERTIFICATION

Pursuant to Section X(B) of General Order 45, I hereby certify that the contents of this document are acceptable to Michael L. Resch, counsel for defendant, and that I have obtained Mr. Resch's authorization to affix his electronic signature to this document.

                                                                                           /s/ Richard L. Seabolt
                                                                                                 Richard  L. Seabolt

DM1\4916401.1.doc